DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DREDON D. EDWARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-1624

[July 27, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lisa Porter, Judge; L.T. Case Nos. 13-007840CF10A and 13-11036 CF10A.

Dredon D. Edward, Jasper, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN and KUNTZ, JJ., and CYNAMON, ABBEY, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***